IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KIM KAVANAGH | § | |
| | § | Case No. 23-40714 |
| | § | CHAPTER 7 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| KIM KAVANAGH | § | |
| | § | |
| | § | |
| | § | Adversary No. 23-04065 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES DEPARTMENT OF EDUCATION | § | |
| | § | |
| Defendant. | § | |

## UNITED STATES DEPARTMENT OF EDUCATION'S STATUS REPORT

Comes now the Defendant United States Department of Education, (hereinafter "ED") and submits this status report to the Court. On August 11, 2023, the Court entered an order staying the deadline to file an answer or otherwise respond to complaint until December 5, 2023, and file a status report with the Court advising the court the status of its consideration of debtor's request to discharge her student loans and advising the Court whether it is necessary and appropriate to continue the stay. On December 8, 2023, the Court set the new deadline for the Defendant to answer or otherwise respond to Debtor's complaint to February 5, 2024. On February 8, 2024, the Court set the new deadline for the Defendant to answer or otherwise respond to Debtor's complaint

to April 5, 2024. On April 11, 2024, the Court set the new deadline for the Defendant to answer or otherwise respond to Debtor's complaint to June 4, 2024. On June 14, 2024, the Court set the new deadline for the Defendant to answer or otherwise respond to Debtor's complaint to December 2, 2024. On December 9, 2024, the Court set the new deadline for the Defendant to answer or otherwise respond to Debtor's complaint to June 2, 2025. On June 26, 2025, the Court set the new deadline for the Defendant to answer or otherwise respond to Debtor's complaint to December 1, 2025.

The undersigned is awaiting the attestation from Debtor. Once the undersigned receives the attestation, counsel will have to review and consult with ED on a recommendation regarding Debtor's request to discharge her student loans.

The Parties are continuing to work together to resolve this matter outside of litigation. If the Parties have not been able to reach a resolution by June 1, 2026 the Parties will provide a status update to the Court.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

/s/ *Whitney Tharpe*
WHITNEY THARPE, Texas Bar #24064914
Assistant United States Attorney
110 N. College Street; Suite 700
Tyler, Texas 75702
Whitney.Tharpe@usdoj.gov
Telephone: (903) 590-1400
Facsimile: (903) 590-1436

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

/s/ *Whitney Tharpe*
Whitney Tharpe